**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6049**

---

KEVIN L. NEAL,

Petitioner - Appellant,

versus

DAVID ROBINSON, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert v. Bryan, Jr., Senior District Judge.  (CA-99-929-AM)

---

Submitted:  March 9, 2000               Decided:  March 16, 2000

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin L. Neal, Appellant Pro Se.  Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Neal seeks to appeal the district court's order deny-ing relief as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the dis-trict court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Neal v. Robinson, No. CA-99-929-AM (E.D. Va. Sept. 1, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We construe Neal's letter filed September 23, 1999, as a timely notice of appeal. See Fed. R. App. P. 3(c)(A).